IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ERIC B. IRVIN,

    Plaintiff,

    v.

SANDERSON FARMS,

    Defendant.

Case No. 7:12-cv-145 (HL)

## ORDER

Per the Court's order, Plaintiff Eric B. Irvin contacted the Court on January 10, 2013, prior to the January 17 deadline, and informed the Court that he intended to dismiss his case against Defendant Sanderson Farms.

Based on this conversation, the case against Sanderson Farms is dismissed without prejudice. Plaintiff Irvin can refile this action at any time in the future so long as the filing is in compliance with the relevant statute of limitations.

**SO ORDERED**, this 14th day of January, 2013.

        *s/ Hugh Lawson*
        HUGH LAWSON, SENIOR JUDGE

ebr